UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURTIS JAMES JACKSON,**

    **Petitioner,**

**v.**                                       **Case No. 5:18cv20-MCR-CJK**

**QUINTON HOLLIS, et al.,**

    **Respondents.**
_____/

## **ORDER**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 19, 2018. ECF No. 8. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been made.

Having considered the Report and Recommendation and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. Petitioner's motion to voluntarily dismiss this action, ECF No. 7, is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(i).

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of April 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**